

# Court Of Appeals
## Fourth Court of Appeals District of Texas
### San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00535-CR

**IN RE** Z. Heather **HOLLUB**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
               Phylis J. Speedlin, Justice
               Marialyn Barnard, Justice

Delivered and Filed: September 1, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On July 22, 2010, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus, real party in interest's response, and the supplements. The court is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The stay imposed by this court's order of July 22, 2010 is lifted.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 09-1941-CK, styled *State of Texas v. Charles Dittman*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable Dwight E. Peschel presiding. However, the challenged order was signed by the Honorable Gary L. Steel, presiding judge of the 274th Judicial District Court, Guadalupe County, Texas.